UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY LYNN TABOR, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-00008 |
| AMANDA WORLEY, et al., | ) |
| Defendants. | ) |

## ORDER

On February 19, 2025, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. No. 38) recommending that the Court grant Cumberland County Sheriff Casey Cox's Motion for Summary Judgment because Cox is entitled to qualified immunity. (Id. at 1, 6, 13). Plaintiff Jeffrey Lynn Tabor, proceeding pro se, has not filed any objections to the R&R, despite the R&R's specific warnings regarding waiver. The absence of any objections relieves the Court from engaging in de novo review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). The Court has reviewed the R&R and agrees with the Magistrate Judge's analysis and reasoning for her recommended disposition. Accordingly, the R&R (Doc. No. 38) is **APPROVED AND ADOPTED**, and Defendant Cox's Motion for Summary Judgment (Doc. No. 25) is **GRANTED**. This is a final order. The Clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE